**FARUQI & FARUQI, LLP**
BARBARA A. ROHR (CA SBN 273353)
brohr@faruqilaw.com
BENJAMIN HEIKALI (CA SBN 307466)
bheikali@faruqilaw.com
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: 424.256.2884
Facsimile: 424.256.2885

*Attorneys for Plaintiff Sandy Hafer*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY HAFER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>NESTLɆ U.S.A., INC.,<br><br>                Defendant. | Case No. 2:17-cv-00034-PSG-(Ex)<br><br>**CLASS ACTION**<br><br>**PLAINTIFF SANDY HAFER'S NOTICE OF VOLUNTARY DISMISSAL OF CLASS ACTION COMPLAINT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>**Complaint filed:**    1/03/2017<br>**Complaint served:**  1/10/2017<br><br>Hon. Philip S. Gutierrez<br>Courtroom 6A, 6th Floor |

PLAINTIFF SANDY HAFER'S NOTICE OF VOLUNTARY DISMISSAL OF CLASS ACTION COMPLAINT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the *Federal*

3  *Rules of Civil Procedure* ("FRCP"), Plaintiff Sandy Hafer ("Plaintiff"), through her

4  respective counsel of record, hereby voluntary dismisses all claims in the above-

5  captioned class action without prejudice.

6      Defendant has not filed or served an answer or a motion for summary judgment

7  in the above-captioned action.  Accordingly, Plaintiff may properly dismiss all claims

8  in this action without prejudice under FRCP 41(a)(1)(A)(i).  Each of the parties will

9  bear their own costs.

10

11  Dated:    March 9, 2017                    Respectfully submitted,

12                                            **FARUQI AND FARUQI, LLP**

13                                            */s/ Barbara A. Rohr*

14                                            Barbara A. Rohr
brohr@faruqilaw.com

15                                            Benjamin Heikali
bheikali@faruqilaw.com

16                                            10866 Wilshire Boulevard, Suite 1470

17                                            Los Angeles, California 90024
Telephone: 424.256.2884

18                                            Facsimile: 424.256.2885

19                                            *Attorneys for Plaintiff SANDY HAFER*

20

21

22

23

24

25

26

27

28

PLAINTIFF SANDY HAFER'S NOTICE OF VOLUNTARY DISMISSAL OF
CLASS ACTION COMPLAINT WITHOUT PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have e-mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: March 9, 2017                    */s/ Barbara A. Rohr*
                                         Barbara A. Rohr

PLAINTIFF SANDY HAFER'S NOTICE OF VOLUNTARY DISMISSAL OF CLASS ACTION COMPLAINT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)