JS-6

1  **FARUQI & FARUQI, LLP**
   BARBARA A. ROHR (CA SBN 273353)
2  brohr@faruqilaw.com
   BENJAMIN HEIKALI (CA SBN 307466)
3  bheikali@faruqilaw.com
   10866 Wilshire Boulevard, Suite 1470
4  Los Angeles, California 90024
   Telephone: 424.256.2884
5  Facsimile: 424.256.2885

6  *Attorneys for Plaintiff Sandy Hafer*

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10 | SANDY HAFER, individually and on | Case No. 2:17-cv-00034-PSG-(Ex)
11 | behalf of all others similarly situated, | **CLASS ACTION**
12 |                                   | ORDER ON
   |                Plaintiff,         | **PLAINTIFF SANDY HAFER'S NOTICE OF VOLUNTARY**
13 |                                   | **DISMISSAL OF CLASS ACTION**
14 | v.                                | **COMPLAINT WITHOUT PREJUDICE PURSUANT TO**
15 | NESTLÉ U.S.A., INC.,              | **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**
16 |                Defendant.         | **Complaint filed:**  1/03/2017
17 |                                   | **Complaint served:** 1/10/2017
18 |                                   | Hon. Philip S. Gutierrez
   |                                   | Courtroom 6A, 6th Floor
19

20

27  PLAINTIFF SANDY HAFER'S NOTICE OF VOLUNTARY DISMISSAL OF
28  CLASS ACTION COMPLAINT WITHOUT PREJUDICE PURSUANT TO
    FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure* ("FRCP"), Plaintiff Sandy Hafer ("Plaintiff"), through her respective counsel of record, hereby voluntary dismisses all claims in the above-captioned class action without prejudice.

Defendant has not filed or served an answer or a motion for summary judgment in the above-captioned action. Accordingly, Plaintiff may properly dismiss all claims in this action without prejudice under FRCP 41(a)(1)(A)(i). Each of the parties will bear their own costs.

Dated:   March 9, 2017

Respectfully submitted,

**FARUQI AND FARUQI, LLP**

*/s/ Barbara A. Rohr*
Barbara A. Rohr
brohr@faruqilaw.com
Benjamin Heikali
bheikali@faruqilaw.com
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: 424.256.2884
Facsimile: 424.256.2885

*Attorneys for Plaintiff SANDY HAFER*

**IT IS SO ORDERED.**

**U.S. DISTRICT JUDGE**

---

PLAINTIFF SANDY HAFER'S NOTICE OF VOLUNTARY DISMISSAL OF CLASS ACTION COMPLAINT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)